UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:11-cr-78-T-30TGW

MICHAEL THOMAS HANLEY

**PRELIMINARY ORDER OF FORFEITURE FOR
SPECIFIC PROPERTY AND FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for entry of a Preliminary Order of Forfeiture (Doc. 59), pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(b)(2), for the following:

    a.    One Taurus 9mm pistol, model: PT111 PRO, serial number: TAN20261;

    b.    One Hi-Point .380 caliber pistol, model: CF380, serial number: P876779 loaded with magazine clip and 6 rounds of Remington .380 caliber ammunition; and

    c.    One AA Arms Inc. 9mm pistol, model: AP-9, serial number: 045149 with 9mm magazine clip inserted.

The United States further moved this Court to enter a forfeiture money judgment in the amount of $4,000.00, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2). Upon entry, the Preliminary Order of Forfeiture for Specific Property and Forfeiture Money Judgment shall become final as to the defendant.

Being fully advised in the premises, the Court hereby finds that the United States has established the requisite nexus between the defendant's possession of

a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c), charged in Count Eight, and the firearms and ammunition referenced above.

The Court further finds that despite the omission of the money judgment in the Plea Agreement, the defendant agreed to forfeit any and all assets and property, or portions thereof, pursuant to 21 U.S.C. § 853, which includes proceeds of the offenses charged in Count One of the Indictment. Based on the facts of the defendant's Plea Agreement, the United States has established that at least $4,000.00 was obtained as a result of the conspiracy to possess with intent to distribute drugs, in violation of 21 U.S.C. § 846, charged in Count One. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 59) of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(b)(2), the defendant's interest in the firearms and ammunition referenced above is hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853 and Rule 32.2(b)(2), the defendant shall be held jointly and severally liable with co-defendant Carlos Infante for a forfeiture money judgment in the amount of $4,000.00, which represents the proceeds received as a result of the drug trafficking conspiracy.

The Court retains jurisdiction to entertain any third party claims that may be asserted in these proceedings, to enter any further orders necessary for the forfeiture and disposition of the firearms and ammunition, and any of the defendant's property that the United States is entitled to seek as a substitute asset to satisfy the money judgment.

**DONE** and **ORDERED** in Tampa, Florida on March 8, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-78.forfeit 59.wpd